IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SUNCOKE ENERGY PARTNERS, L.P. | Civil Action No. 19-cv-693-CFC |

## ORDER

At Wilmington this 9th day of September in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Consolidated Class Action Complaint (D.I. 56) is **GRANTED**.

UNITED STATES DISTRICT JUDGE